IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JONATHAN LEE RICHES,
       Plaintiff,
v.                            Civil Action No. 1:08CV2
WAYNE DIERKS,
       Defendant.

JONATHAN LEE RICHES,
       Plaintiff,
v.                            Civil Action No. 1:08CV3
ANTHONY CLINKENBEARD,
       Defendant.

JONATHAN LEE RICHES,
       Plaintiff,
v.                            Civil Action No. 1:08CV4
JOANN BOLLIGER,
       Defendant.

JONATHAN LEE RICHES,
       Plaintiff,
v.                            Civil Action No. 1:08CV5
KIMBERLY KLINGLER and
JOHN KLINGLER,
       Defendants.

JONATHAN LEE RICHES,
       Plaintiff,
v.                            Civil Action No. 1:08CV6
STEFANIE COSTLEY DOYLE,
       Defendant.

JONATHAN LEE RICHES,
       Plaintiff,
v.                            Civil Action No. 1:08CV7
BETHANY A. BRANON,
       Defendant.

JONATHAN LEE RICHES,
       Plaintiff,
v.                            Civil Action No. 1:08CV8
STACEY PAVESI DEBRE,
       Defendant.

JONATHAN LEE RICHES,
       Plaintiff,
v.                            Civil Action No. 1:08CV9
WINONA RYDER, d/b/a
Saks Fifth Ave.,
       Defendant.

JONATHAN LEE RICHES,
        Plaintiff,

v.                                  Civil Action No. 1:08CV10

DANIEL TANI and
ROSE TANI,
        Defendants.

JONATHAN LEE RICHES,
        Plaintiff,

v.                                  Civil Action No. 1:08CV11

RATKO MLADIC,
        Defendant.

JONATHAN LEE RICHES,
        Plaintiff,

v.                                  Civil Action No. 1:08CV12

MAKSIM CHMERKOVSKIY,
        Defendant.

JONATHAN LEE RICHES,
        Plaintiff,

v.                                  Civil Action No. 1:08CV13

STEPHEN M. HEDLUND, and
OLAF WOLFF,
        Defendants.

JONATHAN LEE RICHES,
        Plaintiff,

v.                                  Civil Action No. 1:08CV20

CARLOTTA GALL, d/b/a
New York Times Reporter,
        Defendant.

JONATHAN LEE RICHES,
        Plaintiff,

v.                                  Civil Action No. 1:08CV21

MARGARET TALEV, d/b/a
McClatchy News Service Reporter,
        Defendant.

JONATHAN LEE RICHES,
        Plaintiff,

v.                                  Civil Action No. 1:08CV22

SIDNEY CROSBY, d/b/a
Pittsburgh Penguins NHL Player,
        Defendant.

JONATHAN LEE RICHES,
               Plaintiff,

v.                                         Civil Action No. 1:08CV25

CIRO SCOTTI, d/b/a
Businessweek Magazine,
               Defendant.

JONATHAN LEE RICHES,
               Plaintiff,

v.                                         Civil Action No. 1:08CV27

JANICE RENEE KNIGHT,
STEPHEN M. UMBRELL, and
COREY KEMP,
               Defendants.

JONATHAN LEE RICHES,
               Plaintiff,

v.                                       Civil Action No. 1:08CV29

NICOLE E. COMSA, d/b/a
Autoweek Magazine,
               Defendant.

JONATHAN LEE RICHES,
               Plaintiff,

v.                                       Civil Action No. 1:08CV30

RAYMOND PATRIARCA, a/k/a
Raymond J. Patriarca,
               Defendant.

JONATHAN LEE RICHES,
               Plaintiff,

v.                                       Civil Action No. 1:08CV31

VINCENT MICHAEL MARINO, a/k/a
G.G. Portalla,
               Defendant.

JONATHAN LEE RICHES,
               Plaintiff,

v.                                       Civil Action No. 1:08CV32

VINCENT G. GANTE, a/k/a
Vincent the Chin G. Gante,
               Defendant.

JONATHAN LEE RICHES,
               Plaintiff,

v.                                       Civil Action No. 1:08CV33

WILLIAM CARL SHEA, d/b/a
Bay Area Credit Services (BACS),
              Defendant.
JONATHAN LEE RICHES,
              Plaintiff,
v.                                              Civil Action No. 1:08CV35
THOMAS GAMBINO, a/k/a
Tommy Gambino,
              Defendant.
JONATHAN LEE RICHES,
              Plaintiff,
v.                                              Civil Action No. 1:08CV37
STEPHEN FLEMMI,
MICHAEL FLEMMI, and
JAMES BULGER,
              Defendants.
JONATHAN LEE RICHES,
              Plaintiff,
v.                                              Civil Action No. 2:08CV2
KITTY BEAN YANCEY, d/b/a
USA Today Reporter,
              Defendant.
JONATHAN LEE RICHES,
              Plaintiff,
v.                                              Civil Action No. 2:08CV3
REV. ROBERT WHIPKEY,
              Defendant.
JONATHAN LEE RICHES,
              Plaintiff,
v.                                              Civil Action No. 2:08CV8
MARY C. CURTIS, d/b/a
The Charlotte Observer Reporter,
              Defendant.
JONATHAN LEE RICHES,
              Plaintiff,
v.                                              Civil Action No. 2:08CV9
ANDRES OPPENHEIMER, d/b/a
The Miami Herald Reporter,
              Defendant.

JONATHAN LEE RICHES,
              Plaintiff,
v.                                              Civil Action No. 2:08CV10
RACHEL CAMPOS, d/b/a

Playstation the Official Magazine Staff,
          Defendant.

JONATHAN LEE RICHES,
          Plaintiff,

v.                                          Civil Action No.  2:08CV13

WENDY WARREN KEEBLER, d/b/a
Autoweek Magazine,
          Defendant.

JONATHAN LEE RICHES,
          Plaintiff,

v.                                          Civil Action No. 3:08CV11

STEPHEN O. ADETONA,
          Defendant.

JONATHAN LEE RICHES,
          Plaintiff,

v.                                          Civil Action No. 3:08CV12

ANTHONY MEGALE and
VICTOR RICCITELLI,
          Defendants.

JONATHAN LEE RICHES,
          Plaintiff,

v.                                          Civil Action No.  5:08CV1

MORMAN TABERNACLE, d/b/a
Morton H. Meyerson Symphony Center,
          Defendant.

JONATHAN LEE RICHES,
          Plaintiff,

v.                                          Civil Action No. 5:08CV2

SEAN HOEY, a/k/a
Termini Bros. Bakery, a/k/a
www.Termini.com,
          Defendant.

JONATHAN LEE RICHES,
          Plaintiff,

v.                                        Civil Action No. 5:08CV7

DUN & BRADSTREET, INC.,
          Defendant.


JONATHAN LEE RICHES,
          Plaintiff,

v.                                        Civil Action No. 5:08CV8

DON HOYT GORMAN, d/b/a
Seed Magazine, a/k/a

Seed Media Group,
        Defendant.

JONATHAN LEE RICHES,
        Plaintiff,

v.                                    Civil Action No. 5:08CV9

STAVROS NIARCHOS,
        Defendant.

JONATHAN LEE RICHES,
        Plaintiff,

v.                                    Civil Action No. 5:08CV12

DIANE LENORE GRIFFITH,
        Defendant.

JONATHAN LEE RICHES,
        Plaintiff,

v.                                    Civil Action No. 5:08CV13

BYRON FARRINGTON, d/b/a
Coverage Now LLC,
        Defendant.

JONATHAN LEE RICHES,
        Plaintiff,

v.                                    Civil Action No. 5:08CV14

GERALD RAYBORN, a/k/a
Pastor Mt. Sinai Missionary Baptist
Church,
        Defendant.

JONATHAN LEE RICHES,
        Plaintiff,

v.                                    Civil Action No. 5:08CV15

SCOTT DONALD WIELE,
        Defendant.

JONATHAN LEE RICHES,
        Plaintiff,

v.                                    Civil Action No. 5:08CV16

DENNIS DEAN DAZEY, d/b/a
Wealth-Mart,
        Defendant.

JONATHAN LEE RICHES,
        Plaintiff,

v.                                    Civil Action No. 5:08CV17

ERICA GOODWIN, d/b/a
Affiliated Title Services, LLC,
        Defendant.

JONATHAN LEE RICHES,
          Plaintiff,

v.                                      Civil Action No. 5:08CV18

JOSEPH W. ROBERTSON, d/b/a
Network Systems Technology, Inc.,
          Defendant.

JONATHAN LEE RICHES,
          Plaintiff,

v.                                        Civil Action No. 5:08CV20

MARA DER HOVANESIAN, d/b/a
Business Week Magazine,
          Defendant.

JONATHAN LEE RICHES,
          Plaintiff,

v.                                        Civil Action No. 5:08CV21

DINALI SHAMSUD, d/b/a
Imam Philadelphia Masjid,
          Defendant.

JONATHAN LEE RICHES,
          Plaintiff,

v.                                        Civil Action No. 5:08CV22

VERMA Y. PINKNEY,
          Defendant.

JONATHAN LEE RICHES,
          Plaintiff,

v.                                        Civil Action No. 5:08CV24

SALVATORE GRAVANO, a/k/a
Sammy the Bull Gravano,
          Defendant.

## MEMORANDUM OPINION AND ORDER THAT ALL ACTIONS BE DISMISSED WITHOUT PREJUDICE

### I.  Introduction

Plaintiff, Jonathan Lee Riches, pro, se, filed each of the above actions between January 2, 2008 and January 15, 2008.  In addition, Plaintiff filed five other actions in this district between those dates in which a report and recommendation is now pending.

Jonathan Lee Riches is an inmate at FCI Williamsburg in Salters, South Carolina and can best be described as a serial filer of lawsuits. The United States Courts Pacer U.S. Party/Case Index lists Jonathan Lee Riches as having filed 474 actions between February, 2006, and January 15, 2008.

## II. Discussion

Plaintiff has not paid the $350.00 filing fee in any of these cases. The PLRA has restricted when a complaint may be filed by a prisoner without prepayment of fees. Specifically, 28 U.S.C. §1915(g) provides as follows:

> In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

## III. Analysis

### A. Three Strikes' Rule

The records of the federal courts indicate that at least seven of Plaintiff's prior suits were dismissed prior to service of process as frivolous pursuant to 28 U.S.C. § 1915. Riches v. Guantanamo Bay, Case No. 2:07-CV-13041-VAR (E.D. Mich., Order of August 8, 2007); Riches v. Bureau of Prisons, Case No. 6:06-CV-00194-MBS (D.S.C., Order of Mar. 17, 2006); Riches v. Doe, Case No. 1:07-CV-20042-FAM (S.D. Fla., Order of January 24, 2007). Riches v. Simpson, et al, Case No. 6:07-CV-1504 - Orl - 31 KRS (M.D. FIA Order of Sept. 24, 2007); Riches v. Jena 6, et al, Civil Action No. 07-1656-A (WD LA Order dated October 24, 2007); Riches v. Swartz, et al., Civil Action No. 7:07-CV-00379 (WD Va dated August 13, 2007); Riches v. Williams, et al.,

<u>Civil Action No. 7:07-CV-427</u> (WD Va Order dated September 12, 2007). Therefore, based on the strikes plaintiff has accumulated, he may not file another complaint without prepayment of fees unless he is in "imminent danger of serious physical injury."

The sum and substance of the plaintiff's complaints are set forth as follows:

<u>CLARKSBURG RICHES CASES</u>

1. 1:08-cv-2. Complaint. Under 42 USC 1983 and whistle blowing act. Coal plants in West Virginia is responsible on global warning and the gasses travel to S. Carolina to give me carbon poisoning. West Virginia releases the most $CO_2$ gasses in America that endangers my health. I seek $25 million for respiratory damages.

2. 1:08-cv-3. Complaint. Under 42 USC 1983. Defendant is in prison holding in West Virginia and plans to come to FCI Williamsburg with my co-defendant Jason Michael Carpenter to inflict bodily harm on me. I'm in danger of my co-defendant, I seek a restraining order forbidding them from coming to FCI Williamsburg.

3. 1:08-cv-4. Complaint 42 USC 1983. I seek $4.6 million. I seek a restraining order against Bolliger in West Virginia. I've been harassed by mail by defendant. Also on Dec. 24, 2007, FCI Williamsburg did not give me my mail, this is not a federal holiday, but guards got paid time and a half, a waste of tax payers money. I'm whistle blowing.

4. 1:08-cv-5. Complaint. Under 42 USC 1983, I seek 2 million dollars. Klinger is an old friend of mine, she has a bunch of computer equipment and a digital camera that belongs to me over interstate lines. She wont retorn my property, she won't respond to my letters or phone calls. I'm neglected from emotional damage. I seek the return of my property.

5. 1:08-cv-6 Complaint 42 USC 1983. My civil rights are violated. I seek $92 thousand. Stefanie was my co-defendant, she is neglecting me in West Virginia. I have to discuss court order restitution issues with her but she lost her cell phone. I'm endangered of going to prison and violating parole if I don't pay my fines. I still love Stefanie, but my rights are violated.

6. 1:08-cv-7. Complaint. 42 USC 1983, I seek $10 million for defamation of character, she talks negative about me over the internet, the service provider in West Virginia. She neglects to talk about prison abuses inflicted on me in solitary at FCI Williamsburg, I can't get internet access, this is unconstitutional.

7. 1:08-cv-8 Complaint 42 USC 1983. My constitutional rights are violated, I'm endangered by Defendant. Defendant has college ties with West Virginia and Clarksburg, and plans to hurt me. I'm in solitary confinement, this is unconstitutional and abusive, a major civil rights violation. I seek $11 million.

8. 1:08-cv-9. Complaint. 42 USC 1983, I seek $7 million. Ryder stole my constitutional rights, she told FCI Williamsburg to shoplift my property. I'm in solitary with no access to all my legal work to address civil litigation, this is unconstitutional.

9. 1:08-cv-10. Complaint. 42 USC 1983, Tani is in the sky above West Virginia in a NASA spacecraft watching and spying on any life. This is invasion of privacy. My civil rights are violated, when I take a shower at FCI Williamsburg, guards watch me, my curtain is see through, this inflicts embarrassment on me. I seek $7 million.

10. 1:08-cv-11. Complaint. Under 42 USC 1983. This is a international fugitive that plans to work at FCI Williamsburg and be a correctional guard to inflict genocide on me. I'm in danger from defendant, I'm in solitary like a sitting duck at FCI Williamsburg, this treatment is unconstitutional. I seek $3 million.

11. 1:08-cv-12. Complaint. 42 USC 1983. Chmerkovskiy is responsible for not giving me my mail on Saturdays with FCI Williamsburg. This is unconstitutional, I have a right to mail on Saturdays. We don't get it until Monday night, that causes me delays, abuse, neglect, solitary confinement is holding me for no reason, because I'm a independent. I seek $17 million for civil rights violation.

12. 1:08-cv-13. Complaint. 42 USC 1983 and TRO. I seek a restraining order. FCI Williamsburg plans to ship me to another solitary confinement in Northern West Virginia. My

confinement is torture.  I hear noise all night, I can't sleep or stretch my legs or see sun light, this is a civil rights violation.  I seek $26 million.

13.  1:08-cv20.  Complaint.  Under 42 USC 1983 I have a international warrant detainer lodged against me by defendant who posted it in the New York Times, but violates my due process without giving me a revocation hearing.  Gall is a probation officer/journalist for the Kenyan Times.  Gall rigged election results, and runs marathons with Kenyans.  I seek $5 million and the release of my detainer.

14.  1:08-cv-21.  Complaint.  42 USC 1983.  Federal tort claims.  Defendant wrote 16 articles about me circulating nationwide that I hacked into the White House and the National Archives with Sandy Berger.  Margaret said I put a Trojan Horse in microsofts windows operating system and spread the melissa virus.  These Articles are defamation of character.  I seek $5 million and a restraining order.

15.  1:08-cv-22.  Complaint.  42 USC 1983.  Crosby is discrimination against federal inmates, I'm illegally incarcerated and he will not donate me Pittsburgh Penguins Tickets to see him, not having prison furlough's is a violation of cruel and unusual punishment, I can't watch hockey games in prison.  There is not enough white Inmates to watch.  I seek $10 million.

16. 1:08-cv-24 Complaint. 42 USC 1983. I seek a restraining order. I seek $3 million. Khanani committed fraud in my name. I'm being exposed that can put me in harms way. I move to stop Khanani from bothering me. I pray for relief.

17. 1:08-cv-25. Complaint. 42 USC 1983. Slander on my name, Scotti wrote an article about me in Nov 2007 issue. I move for defendant to respond, I can submit the article as evidence. Now I receive threats in the mail

18. 1:08-cv-26. Complaint. 42 USC 1983. I move for a restraining order TRO. Hof is the supervisor to Businessweek that wrote a 2007 Article about credit card fraud. It mentioned my name and location. This is invasion of privacy. I move to stop the circulation of Businessweek.

19. 1:08-cv-27. Complaint. Under 42 USC 1983. I seek $5 million in damages. Since I been exposed, defendants are putting me in danger. I seek a TRO temporary restraining order.

20. 1:08-cv-28 Complaint 42 USC 1983. I seek a TRO Temporary Restraining order. Fraud was done under my name. Hino Josa knows my location in South Carolina. Hino Josa lives in Clarksburg. I don't want him to bother me anymore.

21. 1:08-cv-29. Complaint. 42 USC 1983. Moves for a TRO Temporary Restraining order and preliminary injunction. If Comsa transfer to my prison, I could be in danger. He writes articles about my location that puts me in harms way

22. 1:08-cv-30.  Complaint.  42 USC 1983.  I seek a restraining Order.  Patriarca is mad because I took his credit card Visa in 2001, now I'm sentenced, I fear he or his friends are going to come after me.

23. 1:08-cv-31.  Complaint.  TRO Temporary Restraining Order under 42 USC 1983.  This court needs to put a restraining order on Marino.  I'm in fear, he was a victim of mine in my criminal case.

24. 1:08-cv-32.  Complaint.  42 USC 1983.  I seek a TRO Temporary Restraining Order.  Mr. Gigante personally wants to do me harm.  I seek injunctive relief.

25. 1:08-cv-33. Complaint. Under 42 USC 1983 and TRO Temporary Restraining order.  I fear defendant is coming after me and I seek protection.

26. 1:08-cv-34. Complaint  42 USC 1983 and a TRO Temporary Restraining order.  Persico is after me from West Virginia.  I seek protection for relief

27. 1:08-cv-35. Complaint.  Under 42 USC 1983.  I seek a TRO Temporary Restraining order.  I fear Mr. Gambino is going to come after me.  He was a Identity theft victim of mine.  I seek relief.

28. 1:08-cv-36 Complaint. 42 USC 1983. I seek a TRO Temporary Restraining order. I'm on Federal property. Ferrara is going to do me bodily harm, I seek relief from this court.

29. 1:08-cv-37. Complaint. 42 USC 1983 I seek a TRO Temporary Restraining order. I fear Flemmi and Bulger is going to do me harm. The Courts are the only people to protect me. I seek protection

30.1:08-cv-38 Complaint 42 USC 1983. Bivens action and Temporary Restraining order. I have alot of people after me including defendant. I seek protection.

## ELKINS RICHES CASES

31. 2:08-cv-2 Complaint. Under 42 USC 1983. Yancey won't report anything on prison abuse, she is a travel reporter instead. She does not visit FCI Williamsburg to report horrible conditions in solitary. I see rats, rodents, bugs, bats, unknown species, my cell is freezing, this is unconstitutional. I seek $10 million.

32. 2:08-cv-3 Complaint. 42 USC 1983. I can't receive religion, this is a constitutional violation. I'm in solitary and no one will give me a bible. I have a constitutional right to a bible, no one prays for me. Defendant is after me. I seek a restraining order.

33. 2:08-cv-8 Complaint. Under 42 USC 1983. Violation of Due process. Curtis knows the Supreme Court violated my criminal case under Booker and FanFan. Curtis is related to Jamie

Lee Curtis and acts like she does not care. The Observer is not observing prison torture inflicted on me. I seek $11 million.

34. 2:08-cv-9 Complaint. 42 USC 1983. My civil rights are violated. Defendants grandfather made the atom bomb in the 1940's and gave the secrets and blueprints to defendant, who plans to drop a new atom bomb version from Virgin Airlines over top FCI Williamsburg on federal property. Defendant lives in West Virginia. He also is a newspaper writer who advocates prison abuse. I'm personally offended. I'm mistreated. I seek $15 million for my illegal incarceration.

35. 2:08-cv-10 Complaint. 42 USC 1983. FCI Williamsburg is violating my civil rights. I can't play Playstation. Campus want to turn my life into a video game and remote control me. My case is being a game. I lose in my video game. My life is in danger. I seek $26 million and a restraining order.

36. 2:08-cv-13 Complaint. TRO Temporary Restraining Order. I move under 42 USC 1983 and a Bivens action. Defendant wrote a article on me that endangers my safety, letting everyone know I'm at FCI Williamsburg. I move to stop the circulation. I pray for relief.

<u>MARTINSBURG RICHES CASES</u>

37. 3:08-cv-00011 Complaint. Under 42 USC 1983. My civil rights are violated. Defendant committed Fraud acts and put me in prison under Booker and FanFan violation. I can't use a

computer.  I seek  $15 million in damages.  I also seek a restraining order preventing transfer to FCI Williamsburg.

38.  3:08-cv-00012  Complaint. TRO  temporary restraining order.  Under USC 1983. Mr. Megale and Riccitelli in Federal prisons in West Virginia.  If they transfer to me, they will do me harm. I'm scared,  I move to stop the transfer.

<u>WHEELING RICHES CASES</u>

39.  5:08-cv-1  Complaint.  42 USC 1983.  This facility harbors Warren Jeff's followers and guards at FCI Williamsburg attends the symphony for training, then abuse inmates.  Noone turns my light off.  I get served cold expired food.  I seek $10 Million for civil rights violations.

40.  5:08-cv-2 Complaint.  Under 42 USC 1983.  Major civil rights and abuses. I'm in solitary with Termini's nephew.  Termini has other law suits on him for food poisoning.  FCI Williamsburg contracts food through Termini.  My food has no nutritional value.  I get sick, constipated, and dizzy eating Termini's food.  I seek $425 thousand.

41.  5:08-cv-7 Complaint. Under 42 USC 1983 & invasion of privacy and Restraining order. Defendant's committed identity theft.  They have my social security # and date of birth in their computers without my consent.  I want this information deleted.  I compel defendants to eliminate my credit file, Defendants employees have access to my material.  I seek $15 million.

42. 5:08-cv-8 Complaint.  Under 42 USC 1983. My civil rights are violated.  Gorman is planting seeds in my head.  My life is a science fiction. I'm illegally incarcerated by defendant and he won't report my abuses to F.B.I.  He also got FCI Williamsburg medical staff to puncture my brain stem cells.  I'm not getting proper medical care. I seek $15 million in damage

43. 5:08-cv-9 Complaint.  42 USC 1983.  I seek a restraining order.  Niarchos is a  boy toy for Paris Hilton and Nichole Ritchie.  I sued Ritchie in Court, now she is sending defendant's and greeks after me.  The Battle of Troy at FCI Williamsburg.  This facility can't protect a trojan horse.  Niarchos has shipping connections and will stop me from sending this lawsuit to this court.  Niarchos has a expired visa but is roaming the earth with my identity.  I fear for my life and seek $10 million

44. 5:08-cv-12 Complaint.  Under 42 USC 1983.  I also seek a TRO Temporary Restraining order.  Defendant committed fraud and is in prison.  I move for a restraining order to prevent the transfer to her facility.  I'm a changed person, my life is in danger. I seek $8 million.

45. 5:08-cv-13 Complaint.  Under 42 USC 1983.  I did business with Converge now and Mr. Farrington in 2002 and I got my money taken, my civil rights are violated in prison.  I don't have a lawyer to handle my legal affairs.  I seek $15 million because I lost all my  investments from defendant

46. 5:08-cv-14 Complaint. Under 42 USC 1983. Rayborn was convicted of stealing from the Church. I'm offended. On 1-5-08, I don't have trust in the Baptist Church anymore. I compel defendant not to transfer to FCI Williamsburg. I seek $17 million

47. 5:08-cv-15 Complaint. 42 USC 1983. Defendant Wiele committed acts of credit card fraud with the CVV2 on the back of my credit card. My identity was stolen in West Virginia. Defendant got a charge card in my name. I seek $17 million and a Restraining order

48. 5:08-cv-16 Complaint. Under 42 USC 1983. Defendant is trying to defraud me. Defendant committed check fraud and identity theft. I was involved with a ponzi scam, I was a victim. I seek $35 million and a Restraining order

49. 5:08-cv-17 Complaint. 42 USC 1983. Goodwin is a unindicted co-defendant. She did Western Union fraud with title services. I'm in prison illegally. Western Unions call center is in West Virginia I seek $9 million and a Restraining order

50. 5:08-cv-18 Complaint. Under 42 USC 1983. I seek $5 million. Robertson commits computer fraud, that effected my federal sentencing, my civil rights are violated. I seek a restraining order.

52. 5:08-cv-20 Complaint. Under 42 USC 1983. My civil rights are violated. Hovanesian is not reporting the for profit business of federal prison Industries. This is slave a labor institution

of abuses a modern day sweat shot at FCI Williamsburg I seek $11 million for pain and suffering.

53. 5:08-cv-21 Complaint.  Under 42 USC 1983 and the whistle blowing act.  The Imam is donating fraud money to the Holyland Foundation.  I'm Jewish and my life is in danger. I seek a Restraing order I seek $10 million in relief.

54. 5:08-cv-22 Complaint.  Under 42 USC 1983 and federal tort claims for computer Fraud and investment securities fraud, Pinkney endangered my stocks with the stock market and hacked into my brokerage account. I seek 32 million and a Restraining order.  Defendant wants to inflict bodily harm on me.

55. 5:08-cv-24 Complaint.  42 USC 1983.  I seek a TRO Temporary Restraining Order.  I'm scared of Gravano.  I been getting harassed by the mail, the prison won't help me, I compel defendant to stop.

56. 5:08-cv-32 Class Action Suit/Temporary Restraining Order.  Comes now the plaintiffs in a class action suit seeking a Temporary Restraining order against defendants.  Plaintiff Riches resides in Salters, SC.  Plaintiff Haddy lives in Florence, S.C.  Plaintiff Sprint Spectrum is located in Kingstree, S.C.  Plaintiff's are a anti-fraud social networking group.  Defendants have threatened Plaintiff's via the mail and email with bodily harm and physical threats and injury because of plaintiff's beliefs.  This is a hate crime.  This has been occuring every day since Jan

2007. Plaintiffs lives are in imminent danger. Plaintiffs seek preliminary injunctive relief against defendants and compel defendants not to threaten or harass plaintiffs anymore.

57. 5:08-cv-33 Class Action Suit/Temporary Restraining order. Comes now the Plaintiffs, seeking a Temporary Restraining order Against defendants. On 1-2-08 and 1-4-08 Defendants have threated all of the Plaintiffs with bodily harm. Plaintiffs face imminent danger

58. 5:08-cv-34 Class Action Suit/Temporary restraining order. Plaintiffs are in imminent danger. Plaintiffs seek a restraining order from defendants. Defendants stole plaintiff's identities on 12-30-07, and are getting store credit in Plaintiffs names at Ethan Allen. Plaintiffs lives are in danger and compel defendants to stop. Plaintiffs are scared.

The above cases were assigned to the undersigned by separate order.

Not only do the Plaintiff's assertions in the above complaints not qualify as a claim of imminent danger of serious physical injury, they are irrational and wholly incredible. All the actions should be dismissed for failure to pay the filing fee contemporaneously with the complaints as required by 28 U.S.C. § 1915(g) because at least seven actions previously filed by plaintiff have been dismissed as frivolous.

Accordingly, the Court hereby orders:

1) the complaints in each of the above-styled civil actions be **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. §1915(g). See Dupree v. Palmer, 284 F. 3d 1234, 1236

(11th Cir. 2002)("The proper procedure is for the district court to dismiss the complaint without prejudice when it denies the prisoner leave to proceed *in forma pauperis* pursuant to the three strikes provision of §1915(g). The prisoner cannot simply pay the filing fee after being denied *in forma pauperis* status. He must pay the filing fee at the time he *initiates* the suit.").

2) That the Clerk of the Court file a copy of this Memorandum, Opinion and Order in each of the civil actions referenced in the style of this case.

3) Plaintiff is advised that he may appeal this Memorandum, Opinion and Order. Under Federal Rules of Appellate Procedure 3 and 4, any written Notice of Appeal must be filed with the Clerk of this Court within sixty (60) days of entry of this Memorandum, Opinion and Order. Failure to file a timely Notice of Appeal waives the right to an appeal.

The Clerk of the Court is directed to mail a copy of this Memorandum, Opinion and Order to the *pro se* plaintiff by certified mail, return receipt requested, to his last know address as shown on the docket sheet.

DATED: January 23, 2008

/s/ Frederick P. Stamp, Jr.
FREDERICK P. STAMP, JR.
UNITED STATES DISTRICT JUDGE